UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLANDO ESTEBAN SANCHEZ,<br><br>           Petitioner,<br><br>    v.<br><br>G.D. LEWIS, WARDEN,<br><br>           Respondent. | CASE NO. ED CV 12-2018-DOC (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE, AND GRANTING IN PART CERTIFICATE OF APPEALABILITY |

    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which the parties have objected. The Court accepts the findings and recommendation of the Magistrate Judge.

    Further, for the reasons stated in the Report and Recommendation, the Court finds that, as to his claim that there was insufficient evidence to establish that he directed or controlled the pickup truck in which the murder weapon was found, Petitioner has established that reasonable jurists would find the district court's assessment of Petitioner's constitutional claim was debatable. *See* 28 U.S.C. § 2253(c)(2); *Miller-El v. Cockrell*, 537 U.S. 322, 330

1  (2003).  For this reason, a certificate of appealability as to this
2  issue is GRANTED.  As to his other claims, Petitioner has not made a
3  substantial showing of the denial of a constitutional right and,
4  therefore, a certificate of appealability is DENIED.  *See* Rules
5  Governing Section 2254 Cases in the United States District Courts,
6  Rule 11(a); 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El*,
7  537 U.S. at 336.

9  DATED:    April 29, 2014.

*David O. Carter*
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

28  C:\Temp\notesD30550\12-2018 Order accep r&r.wpd