UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROLANDO ESTEBAN SANCHEZ, | ) | CASE NO. ED CV 12-2018-DOC (PJW) |
| | ) | |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| G.D. LEWIS, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is granted in part and this action is remanded to the Superior Court for further proceedings consistent with the Report and Recommendation.

DATED:    April 29, 2014.


_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\12-2018 Judgment.wpd